# EXHIBIT A

Int. Cls.: **3 and 5**

Prior U.S. Cls.: **1, 4, 6, 18, 44, 46, 50, 51 and 52**

Reg. No. 2,002,613

United States Patent and Trademark Office  Registered Sep. 24, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## NATURVET

GARMON CORPORATION (CALIFORNIA CORPORATION)
27461 B DIAZ ROAD
TEMECULA, CA 92590

   FOR: NON-MEDICATED, NON-VETERINARY PET GROOMING PREPARATIONS, NAMELY SHAMPOOS AND CONDITIONERS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).
   FIRST USE 4-5-1995; IN COMMERCE PREPARATIONS FOR DESTROYING AND/OR REPELLING FLEAS; MEDICATED GELS, CREAMS, AND OINTMENTS FOR TREATING PET SKIN CONDITIONS CAUSED BY FLEA BITES AND ALLERGIC REACTIONS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).
   FIRST USE 4-5-1995; IN COMMERCE 5-19-1995.

   SER. NO. 74-693,337, FILED 6-26-1995.

5-19-1995.

FOR: ANIMAL FOOD SUPPLEMENTS; PET SHAMPOOS, POWDERS, AND GROOMING

GEORGE POLOGEORGIS, EXAMINING ATTORNEY