# EXHIBIT B

 HAMPTONHOLLEY LLP

Writer's direct dial
949.718.4552

Writer's e-mail
cholley@hamptonholley.com

2101 East Coast Highway
Suite 260
Corona del Mar, California 92625
949.718.4550
fax 949.718.4580
www.hamptonholley.com

February 13, 2018

## VIA REGISTERED MAIL - RETURN RECEIPT

NaturPet Inc.
300-2130 Leckie Pl.
Kelowna V1Y 7W7
British Columbia
Canada

     Re:   **Demand to Cease and Desist Infringement of "NATURVET" Trademark**
           Our File No.: G007.001

To whom it may concern:

We represent The Garmon Corporation in connection with its intellectual property matters. The Garmon Corporation manufactures a number of natural pet products marketed and sold under the "NATURVET" trademark.

The Garmon Corporation is the owner of a United States trademark registration, Registration Number 2002613, for the "NATURVET" mark, for "non-medicated, non-veterinary pet grooming preparations, namely shampoos and conditioners," in product International Class 003, and for "animal food supplements; pet shampoos, powders, and grooming preparations for destroying and/or repelling fleas; medicated gels, creams, and ointments for treating pet skin conditions caused by flea bites and allergic reactions" in product International Class 005. The Garmon Corporation has marketed and sold products under the "NATURVET" mark throughout the United States for more than 20 years. Through its extensive marketing and sales of the "NATURVET" brand line, The Garmon Corporation has developed secondary meaning in the "NATURVET" mark.

NaturPet Inc. is currently manufacturing, marketing, and selling a line of natural pet products under the "NATURPET" brand. These products are being sold into the United States through Amazon.com, and it appears (based on your website) that the products are also being sold at retail locations in the United States, with "big growth" in the United States market planned "in the next year." The use in the United States of "NATURPET" – a brand name that is substantially similar to The Garmon Company's "NATURVET" mark – on directly competing products is likely to cause consumer confusion and thus is a violation of The Garmon Corporation's trademark rights.

# HamptonHolley LLP

Naturpet Inc.
February 13, 2018
Page 2

We demand that you: (1) immediately cease and desist from any further marketing or sales into the United States of any products using a "NATURPET" mark; (2) take steps to recall and remove from the United States marketplace all products bearing the mark "NATURPET" that have not yet been sold to an end customer; and (3) provide us with an accounting of any and all sales you have made to date in the United States of any products using the mark "NATURPET."

Nothing in this letter is intended as a waiver of The Garmon Corporation's rights, and The Garmon Corporation expressly reserves the right to pursue all legal remedies if the parties are unable to informally resolve this dispute.

Please call us at your earliest opportunity to discuss the foregoing.

Very truly yours,

Colin C. Holley

CCH

# HAMPTONHOLLEY LLP

Naturpet Inc.
February 13, 2018
Page 3

bcc:    Scott J. Garmon (via e-mail)