# EXHIBIT C



**WATT TIEDER**

WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
Attorneys at Law

2040 Main Street
Suite 300
Irvine, CA 92614

O: 949-852-6700
F: 949-261-0771
www.watttieder.com

Colin Holley
cholley@watttieder.com

January 23, 2019

**VIA REGISTERED INTERNATIONAL RETURN RECEIPT**

NaturPet Inc.
300-2130 Leckie Pl.
Kelowna V1Y 7W7
British Columbia, Canada

Re:   ***SECOND*** **Demand to Cease and Desist Infringement of "NATURVET" Trademark**
Our File No.:  104269.00001

To Whom It May Concern:

We represent The Garmon Corporation ("Garmon") in connection with its intellectual property matters. Garmon manufactures a number of natural pet products marketed and sold under the "NATURVET" trademark.

Counsel for Garmon previously contacted you about your infringement of the "NATURVET" trademark. This is the second demand to you to cease and desist. If this demand is also ignored, Garmon may commence litigation to enforce its rights.

As you were previously informed, Garmon is the owner of a United States trademark registration, Registration Number 2002613, for the "NATURVET" mark, for "non-medicated, non-veterinary pet grooming preparations, namely shampoo and conditioners," in product International Class 003, and for "animal food supplements; pet shampoos, powders, and grooming preparations for destroying and/or repelling fleas; medicated gels, creams, and ointments for treating pet skin conditions caused by flea bites and allergic reactions" in product International Class 005. Garmon has marketed and sold products under the "NATURVET" mark throughout the United States for more than 20 years. Through its extensive marketing and sales of the "NATURVET" brand line, Garmon has developed secondary meaning in the "NATURVET" mark.

NaturPet, Inc.
January 23, 2019
Page 2

      NaturPet Inc. is currently manufacturing, marketing, and selling a line of natural pet products under the "NATURPET" brand. These products are being sold into the United States through Amazon.com, and it appears (based on your website) that the products are being sold at retail locations in the United States, with "big growth" in the United States market planned "in the next year." The use in the United States of "NATURPET" – a brand name that is substantially similar to Garmon's "NATURVET" mark – on directly competing products is likely to cause consumer confusion and thus is a violation of Garmon's trademark rights.

      We demand that you: (1) immediately cease and desist from any further marketing or sales into the United States of any products using a "NATURPET" mark; (2) take steps to recall and remove from the United States marketplace all products bearing the mark "NATURPET" that have not yet been sold to an end customer; and (3) provide us with an accounting of any and all sales you have made to date in the United State of any products using the mark.

      Nothing in this letter is intended as a waiver of Garmon's rights, and Garmon expressly reserves the right to pursue all legal remedies if the parties are unable to informally resolve this dispute.

      Please call us at your earliest opportunity to discuss the foregoing.

Sincerely,

Colin C. Holley

CCH

11808462.6 104269.00001