# EXHIBIT D



4 Park Plaza, Suite 1000
Irvine, California 92614

Telephone: 949-852-6700
Facsimile: 949-261-0771
www.watttieder.com

Colin C. Holley
Partner
Direct Telephone: 949-852-6768
cholley@watttieder.com

March 9, 2021

**VIA FEDERAL EXPRESS**

NaturPet Inc.
300-2130 Leckie Pl.
Kelowna V1Y 7W7
British Columbia, Canada

Re: ***THIRD* Demand to Cease and Desist Infringement of "NATURVET" Trademark**
Client/Matter: 104269-00001

To Whom It May Concern:

We represent The Garmon Corporation ("Garmon") in connection with its intellectual property matters. Garmon manufactures and sells many natural pet products marketed and sold under the "NATURVET" trademark.

Counsel for Garmon previously contacted you by way of letters dated February 13, 2018 and January 23, 2019 about your infringement of the "NATURVET" trademark in the United States. This is the *third* demand to you to cease and desist. If this demand is also ignored, Garmon may commence litigation to enforce its rights.

As you were previously informed, Garmon is the owner of a United States trademark registration, Registration Number 2002613, for the "NATURVET" mark, for "non-medicated, non-veterinary pet grooming preparations, namely shampoo and conditioners," in product International Class 003, and for "animal food supplements; pet shampoos, powders, and grooming preparations for destroying and/or repelling fleas; medicated gels, creams, and ointments for treating pet skin conditions caused by flea bites and allergic reactions" in product International Class 005. Garmon has marketed and sold products under the "NATURVET" mark throughout the United States for more than 25 years. Through its extensive marketing and sales of the "NATURVET" brand line, Garmon has developed secondary meaning in the "NATURVET" mark.

NaturPet Inc. is currently manufacturing, marketing, and selling a line of pet products under the "NATURPET" brand. These products are being sold into the United States through at least Chewy.com. We also note NaturPet Inc. filed a new application for registration of the "NaturPet" mark with the U.S. Patent and Trademark Office as recently as December 15, 2020 (Ser. No. 90384508), showing NaturPet Inc. intends to continue using the mark in commerce in the United States notwithstanding its receipt of previous cease and desist letters. The use in the

NaturPet Inc.
March 9, 2021
Page 2

United States of "NATURPET"—a brand name that is substantially similar to Garmon's "NATURVET" mark—on directly competing products is likely to cause consumer confusion and thus is a violation of Garmon's trademark rights.

    We demand that you: (1) immediately cease and desist from any further marketing or sales into the United States of any products using a "NATURPET" mark via Chewy.com or any other sales channel; (2) take steps to recall and remove from the United States marketplace all products bearing the mark "NATURPET" that have not yet been sold to an end customer; and (3) provide us with an accounting of any and all sales you have made to date in the United States of any products using the mark.

    Nothing in this letter is intended as a waiver of Garmon's rights, and Garmon expressly reserves the right to pursue all legal remedies if the parties are unable to informally resolve this dispute.

    Please call us at your earliest opportunity to discuss the foregoing.

    Very truly yours,

    Watt, Tieder, Hoffar & Fitzgerald, LLP

    */s/ Colin C. Holley*

    Colin C. Holley

CCH

12564596.1 104269.00001

```
ORIGIN ID:DTHA  (949) 852-6700         SHIP DATE: 09MAR21
CHARISSA VERDUGO                       ACTWGT: 1.00 LB
                                       CAD: 108867312/INET4340
4 PARK PLAZA
SUITE 1000
IRVINE, CA 92614 US                    BILL SENDER
SIGN: CHARISSA VERDUGO                 NO EEI 30.36
```

TO **NATURPET INC.**

**300-2130 LECKIE PL.**

**KELOWNA BC V1Y7W7**       (CA)

(949) 852-6700 X 53    REF: 104269-1

56DJ3/AC39/FE4A

INV:
PO:                    DEPT:





J2111210011902uv

TRK# 7731 0958 1631     PM
0430                    INTL PRIORITY
                        ASR
**XQ YLWA**             V1Y 7W7
                        BC-CA  YVR



FedEx Ship Manager - Print Your Label(s)

After printing this label:
**CONSIGNEE COPY - PLEASE PLACE IN FRONT OF POUCH**
1. Fold the printed page along the horizontal line.
2. Place label in shipping pouch and affix it to your shipment.
**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stopping places which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, mis-delivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivalent for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, mis-delivery, non-delivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including customs and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.

3/9/2021

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

March 10, 2021

Dear Customer,

The following is the proof-of-delivery for tracking number: 773109581631

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Shipping/Receiving |
| **Signed for by:** | B.BLASTA | **Delivery Location:** | 2130 LECKIE PL PL |
| **Service type:** | International Priority | | |
| **Special Handling:** | Deliver Weekday; Adult Signature Required | | KELOWNA, BC, V1Y7W7 |
| | | **Delivery date:** | Mar 10, 2021 14:41 |

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 773109581631 | **Ship Date:** | Mar 9, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**
NATURPET INC.,
300-2130 LECKIE PL.
KELOWNA, BC, CA, V1Y7W7

**Shipper:**
CHARISSA VERDUGO,
4 PARK PLAZA
SUITE 1000
IRVINE, CA, US, 92614

**Reference**  104269-1



Thank you for choosing FedEx