NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER
Colin C. Holley, Esq. (SBN 191999)
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
4 Park Plaza, Suite 1000
Irvine, California  92614
(949) 852-6700
cholley@watttieder.com

ATTORNEY(S) FOR: Plaintiff, THE GARMON CORPORATION

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

THE GARMON CORPORATION, a California corporation,

Plaintiff(s),

v.

NATURPET, INC., a British Columbia, Canada provincial corporation,

Defendant(s)

CASE NUMBER:

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Plaintiff, THE GARMON CORPORATION
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| THE GARMON CORPORATION | Plaintiff |
| (No parent corporation or publicly held corporation owns 10% or more of The Garmon Corporation's stock) | |
| NATURPET, INC. | Defendant |

April 20, 2021
Date

Signature
Colin C. Holley

Attorney of record for (or name of party appearing in pro per):

Plaintiff, THE GARMON CORPORATION

CV-30 (05/13)                NOTICE OF INTERESTED PARTIES



American LegalNet, Inc.
www.FormsWorkFlow.com