1  Colin C. Holley, Bar No. 191999
   cholley@watttieder.com
2  Watt, Tieder, Hoffar & Fitzgerald, LLP
   4 Park Plaza, Suite 1000
3  Irvine, CA 92614
   Telephone: 949-852-6700
4  Facsimile: 949-221-3520

5  Attorneys for Plaintiff
   THE GARMON CORPORATION

6

7

8            **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA**

10                **WESTERN DIVISION**

11

12  THE GARMON CORPORATION, a          Case No. 5:21-cv-00703 MEMF (KKx)
    California corporation,
13                                     **STIPULATION OF DISMISSAL**
                                       **WITH PREJUDICE**
            Plaintiff,
14                                     [Proposed Order filed concurrently
    v.                                 herewith]
15
    NATURPET, INC., a British
16  Columbia, Canada provincial
    corporation,
17
            Defendant.
18

19

20

21

22

23

24

25

26

27

28

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

IT IS HEREBY STIPULATED AND AGREED by all parties that this action is dismissed in its entirety with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Pursuant to the parties' agreement, each party shall bear its own costs and attorneys' fees.

Dated:  August 29, 2022

Watt, Tieder, Hoffar & Fitzgerald, LLP

By: /s/ *Colin C. Holley*
Colin C.  Holley
Attorneys for Plaintiff
THE GARMON CORPORATION

Pursuant to Local Rule 5-4.3.4, Colin C.  Holley attests that the following signatory concurs in the filing's content and has authorized the filing.

Dated:  August 29, 2022

SoCal IP Law Group LLP

By: /s/ *Michael Harris*
Michael Harris
Attorneys for Defendant
NATURPET, INC.

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW
IRVINE

- 2 -

STIPULATION OF DISMISSAL WITH PREJUDICE