O

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE GARMON CORPORATION, a California corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATURPET, INC., a British Columbia, Canada provincial corporation,<br><br>　　　　Defendant. | Case No.: 5:21-cv-00703-MEMF (KKx)<br><br>**ORDER APPROVING STIPULATION OF DISMISSAL WITH PREJUDICE [ECF NO. 36]** |

/ / /

/ / /

1  The Court has read and considered the parties' Stipulation of Dismissal with Prejudice (the "Stipulation"). ECF No. 36. The Court, having considered the request and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS as follows:

1. The Stipulation is approved.
2. This action is dismissed in its entirety with prejudice.
3. Each party is to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: September 1, 2022

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge